

**TUCKER, S.**

v.

**TUCKER, J.**

**2049 EDA 2016**

Superior Court of Pennsylvania.

05/22/2017

2015–25636 (Montgomery)

Quashed and Remanded

**PERDOMO–CALERO, E.**

v.

**ALTIF, J.**

**2273 EDA 2016**

Superior Court of Pennsylvania.

05/22/2017

C0048PF2016–000405 (Northampton)

Remanded Jurisdiction Retained

**J.G.**

v.

**J.G.**

**2743 EDA 2016**

Superior Court of Pennsylvania.

05/22/2017

No. 2012–18650 (Montgomery)

Affirmed

**COM.**

v.

**DOUGLAS, S.**

**3843 EDA 2016**

Superior Court of Pennsylvania.

05/22/2017

CP–09–CR–0003034–2005 (Bucks)

Affirmed

**COM.**

v.

**PEOPLES, R., Jr.**

**376 MDA 2016**

Superior Court of Pennsylvania.

05/22/2017

CP–35–CR–0000337–2004
(Lackawanna)

Affirmed/Vacated

